Argued and submitted October 19, affirmed November 18, 1992

STATE OF OREGON,
*Respondent,*

*v.*

WARREN TYRONE HUNTER,
*Appellant.*

(C90-10-35727; CA A70772)

840 P2d 756

Clint A. Lonergan, Portland, argued the cause for appellant. With him on the brief was Richard L. Lonergan, Portland.

Mary H. Williams, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Charles S. Crookham, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

Affirmed. *State v. Boone*, 294 Or 630, 661 P2d 917 (1983).